**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 25-cv-23373-JB/Torres**

TIRE GROUP INTERNATIONAL, LLC,

        Plaintiff,

v.

JIANGSU GENERAL SCIENCE
TECHNOLOGY CO., LTD.,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** was referred to the Honorable Edwin G. Torres, United States

Magistrate Judge, for a Report and Recommendation on Defendant Jiangsu General

Science Technology Co. Ltd.'s Motion to Dismiss or, alternatively, Motion to Compel

Arbitration, ECF No. [8], (the "Motion"). *See* ECF No. [15]. Following full briefing

and the submission of supporting evidence, Magistrate Judge Torres filed a Report

and Recommendation ("R&R"), recommending that the Motion be granted in part and

denied in part. ECF No. [38]. In particular, Magistrate Judge Torres recommended

that the Motion to Dismiss be granted for lack of personal jurisdiction and the

Amended Complaint dismissed. Magistrate Judge Torres further recommended that

Plaintiff be given leave to file a second amended complaint, and the Motion to Compel

Arbitration be denied as moot. *Id*. at 31. Plaintiff filed objections to the R&R (the

"Objections"), ECF No. [44], to which General Science responded, ECF No. [46].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Torres that the Court lacks personal jurisdiction over Defendant General Science.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1.   Plaintiff's Objections, ECF No. [44], are **OVERRULED**.

2.   United States Magistrate Judge Torres' Report and Recommendation, ECF No. [38], is **AFFIRMED AND ADOPTED**.

3.   Defendant Jiangsu General Science Technology Co. Ltd.'s Motion to Dismiss or, alternatively, Motion to Compel Arbitration, ECF No. [8], is **GRANTED IN PART AND DENIED IN PART**.

4.   The Motion to Dismiss for lack of personal jurisdiction is **GRANTED** and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

5.   If Plaintiff wishes to file a Second Amended Complaint which sets forth sufficient factual allegations to demonstrate that the Court has personal jurisdiction over General Science, it must do so by **March 27, 2026**. Failure to comply with this deadline will result in the dismissal of this action without prejudice and without further notice.

6.      The Motion to Compel Arbitration is **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**